# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | |
|---|---|
| In re: SIMARD, STEVEN J | § Case No. 13-83842 |
| SIMARD, BERNADETTE A | § |
| | § |
| Debtor(s) | § |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 13, 2013. The undersigned trustee was appointed on November 19, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $       15,150.45

   Funds were disbursed in the following amounts:
   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 1,664.11 |
   | Bank service fees | 222.89 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 13,263.45 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/30/2014 and the deadline for filing governmental claims was 05/12/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,265.05. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,265.05, for a total compensation of $2,265.05.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $24.41, for total expenses of $24.41.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/10/2015          By: /s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 13-83842  
Case Name: SIMARD, STEVEN J  
SIMARD, BERNADETTE A  
Period Ending: 09/10/15

Trustee:    (330490)    MEGAN G. HEEG  
Filed (f) or Converted (c):    11/13/13 (f)  
§341(a) Meeting Date:    12/23/13  
Claims Bar Date:    04/30/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located at: 748 Ellis Court, Rockton<br>Imported from original petition Doc# 1 | 130,000.00 | 0.00 | | 0.00 | FA |
| 2 | Real estate located at: 1341 Charles Street, Roc<br>Imported from original petition Doc# 1 | 38,000.00 | 0.00 | | 0.00 | FA |
| 3 | BMO Harris Bank/ checking | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Plaintes Credit Union/ savings | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing and personal items | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding Rings | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Interest in Vanguard IRA | 10,683.00 | 0.00 | | 0.00 | FA |
| 9 | Interest in Teacher Retirement System | Unknown | 0.00 | | 0.00 | FA |
| 10 | Interest in Blue Cross Blue Shield 401K Plan<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 11 | Interest in 130 Shares of General Electric Stock<br>Imported from original petition Doc# 1 - debtor<br>withdrew exemption in amended schedule C | 3,409.00 | 2,685.02 | | 3,743.08 | FA |
| 12 | Interest in 22 Shares of Walmart Stock<br>Imported from original petition Doc# 1 | 1,549.00 | 1,209.98 | | 1,744.44 | FA |
| 13 | Interest in 23 Shares of Intel Stock<br>Imported from original petition Doc# 1 - March 2014<br>Debtor says no longer own this stock. | 559.00 | 588.80 | | 0.00 | FA |
| 14 | Interest in 4.5 Shares of Coca Cola Stock<br>Imported from original petition Doc# 1 | 185.00 | 128.49 | | 200.08 | FA |
| 15 | Interest in 5 Shares of Walgreens Stock<br>Imported from original petition Doc# 1 | 237.00 | 409.91 | | 411.41 | FA |
| 16 | 2003 Dodge Durango (189,000 miles)<br>Imported from original petition Doc# 1 | 1,600.00 | 0.00 | | 0.00 | FA |
| 17 | 2004 Jeep Liberty (92,000 miles)<br>Imported from original petition Doc# 1 | 4,375.00 | 0.00 | | 0.00 | FA |
| 18 | TAX REFUNDS  (u)<br>2013 federal/state tax refunds | 0.00 | 5,704.16 | | 6,313.08 | FA |
| 19 | Misc (unscheduled)  (u) | 0.00 | 845.46 | | 845.46 | FA |

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 13-83842  
Case Name: SIMARD, STEVEN J  
              SIMARD, BERNADETTE A  
Period Ending: 09/10/15

Trustee:    (330490)    MEGAN G. HEEG  
Filed (f) or Converted (c): 11/13/13 (f)  
§341(a) Meeting Date: 12/23/13  
Claims Bar Date: 04/30/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Debtor's investment account with Vanguard | | | | | |
| 20 | STOCK AND BUSINESS INTERESTS  (u) Foot Locker Stock (less than 1 share) | 0.00 | 1.09 | | 0.00 | FA |
| 21 | STOCK AND BUSINESS INTERESTS  (u) Tim Hortons, Inc., stock | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Other Personal Property (unscheduled)  (u) ICash Per State of Illinois website | 0.00 | 1.00 | | 280.90 | FA |
| 23 | Tax Refunds  (u) | 0.00 | 0.00 | | 1,612.00 | FA |
| 23 | Assets    Totals (Excluding unknown values) | $197,097.00 | $11,573.91 | | $15,150.45 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    December 31, 2014        Current Projected Date Of Final Report (TFR):    July 27, 2015  (Actual)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-83842 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | SIMARD, STEVEN J | | Bank Name: | Rabobank, N.A. |
| | SIMARD, BERNADETTE A | | Account: | ******7566 - Checking Account |
| Taxpayer ID #: | **-***6394 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 09/10/15 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/24/14 | {18} | IRS | tax refund from tax intercept | 1224-000 | 6,922.00 | | 6,922.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,912.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,902.00 |
| 06/05/14 | {19} | Vanguard Windsor II Fund | vanguard investment liquidation of money market fund | 1229-000 | 85.19 | | 6,987.19 |
| 06/05/14 | {19} | Vanguard Windsor II Fund | vanguard investment liquidatation of Investor shares | 1229-000 | 760.27 | | 7,747.46 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.48 | 7,736.98 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.24 | 7,724.74 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.73 | 7,714.01 |
| 09/23/14 | | Computershare | sale of GE stock approx 143.44 shares | | 2,685.02 | | 10,399.03 |
| | {11} | | 3,743.08 | 1129-000 | | | 10,399.03 |
| | | | backup withholding       -1,048.06 | 2810-000 | | | 10,399.03 |
| | | | trading fees       -10.00 | 2500-000 | | | 10,399.03 |
| 09/26/14 | | Walmart | sale of Walmart stock  23.68 shares | | 1,278.98 | | 11,678.01 |
| | {12} | | 1,813.44 | 1129-000 | | | 11,678.01 |
| | | | trading fees       -26.70 | 2500-000 | | | 11,678.01 |
| | | | backup withholding       -507.76 | 2810-000 | | | 11,678.01 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.66 | 11,665.35 |
| 10/01/14 | | The Coca-Cola Company | sale of approx 42.18 shares of Coca-Cola stock | | 128.49 | | 11,793.84 |
| | {14} | | 200.08 | 1129-000 | | | 11,793.84 |
| | | | Backup Withholding fees       -56.02 | 2810-000 | | | 11,793.84 |
| | | | trading fees       -15.57 | 2500-000 | | | 11,793.84 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.51 | 11,776.33 |
| 11/26/14 | {22} | State of Illinois Treasurer | lcash State of Illinois unclaimed proerty program | 1229-000 | 280.90 | | 12,057.23 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.24 | 12,041.99 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.61 | 12,022.38 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.29 | 12,005.09 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.11 | 11,988.98 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.39 | 11,970.59 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.21 | 11,953.38 |
| 05/05/15 | | Walgreens Boots Alliance | Walgreens stock | | 411.41 | | 12,364.79 |
| | {15} | | Gross amount       426.91 | 1129-000 | | | 12,364.79 |
| | {15} | | service charge       -15.00 | 1129-000 | | | 12,364.79 |
| | {15} | | commission       -0.50 | 1129-000 | | | 12,364.79 |
| 05/29/15 | 101 | Steven and Bernadette Simard | exempt portion of tax refunds and interest in | | -677.92 | | 11,686.87 |
| | | | Subtotals : | | $11,874.34 | $187.47 | |

{} Asset reference(s)

Printed: 09/10/2015 11:59 AM    V.13.25

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 13-83842 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | SIMARD, STEVEN J | | Bank Name: | Rabobank, N.A. |
| | SIMARD, BERNADETTE A | | Account: | ******7566 - Checking Account |
| Taxpayer ID #: | **-***6394 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 09/10/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Walmart Shares | | | | |
| | {18} | | -608.92 | 1224-000 | | | 11,686.87 |
| | {12} | | -69.00 | 1129-000 | | | 11,686.87 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.07 | 11,669.80 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.35 | 11,651.45 |
| 07/24/15 | {23} | US Treasury | 2014 tax refunds | 1224-000 | 1,612.00 | | 13,263.45 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.62 | 13,245.83 |
| 08/13/15 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -17.62 | 13,263.45 |
| | | | ACCOUNT TOTALS | | 13,486.34 | 222.89 | $13,263.45 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 13,486.34 | 222.89 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $13,486.34 | $222.89 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7566 | 13,486.34 | 222.89 | 13,263.45 |
| | $13,486.34 | $222.89 | $13,263.45 |

{} Asset reference(s)    Printed: 09/10/2015 11:59 AM    V.13.25

# Exhibit C CLAIMS PROPOSED DISTRIBUTION

## Case:   13-83842   SIMARD, STEVEN J

**Case Balance:** $13,263.45    **Total Proposed Payment:** $13,263.45    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Alpine Bank of Rockford | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,263.45 |
| NOTFILED | Chase Home Finance | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,263.45 |
| | Carl C. Swanson, CPA <3410-00 Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 1,484.00 | 1,484.00 | 0.00 | 1,484.00 | 1,484.00 | 11,779.45 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 121.00 | 121.00 | 0.00 | 121.00 | 121.00 | 11,658.45 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 2,700.00 | 2,700.00 | 0.00 | 2,700.00 | 2,700.00 | 8,958.45 |
| | MEGAN G. HEEG <2200-00 Trustee Expenses> | Admin Ch. 7 | 24.41 | 24.41 | 0.00 | 24.41 | 24.41 | 8,934.04 |
| | MEGAN G. HEEG <2100-00 Trustee Compensation> | Admin Ch. 7 | 2,265.05 | 2,265.05 | 0.00 | 2,265.05 | 2,265.05 | 6,668.99 |
| 1 | Discover Bank | Unsecured | 17,702.96 | 17,702.96 | 0.00 | 17,702.96 | 3,345.65 | 3,323.34 |
| 2 | Capital One Bank (USA), N.A. | Unsecured | 6,649.01 | 6,649.01 | 0.00 | 6,649.01 | 1,256.59 | 2,066.75 |
| 3 | Capital One Bank (USA), N.A. | Unsecured | 2,589.95 | 2,589.95 | 0.00 | 2,589.95 | 489.47 | 1,577.28 |
| 4 | Capital One, N.A. | Unsecured | 1,210.23 | 1,210.23 | 0.00 | 1,210.23 | 228.72 | 1,348.56 |
| 5 | GE Capital Retail Bank | Unsecured | 892.20 | 892.20 | 0.00 | 892.20 | 168.62 | 1,179.94 |
| 6 | GE Capital Retail Bank | Unsecured | 1,031.09 | 1,031.09 | 0.00 | 1,031.09 | 194.86 | 985.08 |
| 7 | GE Capital Retail Bank | Unsecured | 146.95 | 146.95 | 0.00 | 146.95 | 27.77 | 957.31 |
| 8 | GE Capital Retail Bank | Unsecured | 879.62 | 879.62 | 0.00 | 879.62 | 166.24 | 791.07 |
| 9 | PYOD, LLC its successors and assigns as assignee | Unsecured | 2,471.71 | 2,471.71 | 0.00 | 2,471.71 | 467.12 | 323.95 |
| 10 | PYOD, LLC its successors and assigns as assignee | Unsecured | 694.27 | 694.27 | 0.00 | 694.27 | 131.21 | 192.74 |
| 11 | Portfolio Recovery Associates, LLC | Unsecured | 1,019.85 | 1,019.85 | 0.00 | 1,019.85 | 192.74 | 0.00 |
| NOTFILED | Bank of America | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Best Buy Retail Services | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cardmember Service/Chase | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kohl's | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Exhibit C CLAIMS PROPOSED DISTRIBUTION

### Case: 13-83842    SIMARD, STEVEN J

| Case Balance: | $13,263.45 | Total Proposed Payment: | $13,263.45 | Remaining Balance: | $0.00 | | |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Orchard Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Children's Place | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Home Depot | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total for Case 13-83842 : | | $41,882.30 | $41,882.30 | $0.00 | $41,882.30 | $13,263.45 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $6,594.46 | $6,594.46 | $0.00 | $6,594.46 | 100.000000% |
| Total Secured Claims : | $0.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $35,287.84 | $35,287.84 | $0.00 | $6,668.99 | 18.898833% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-83842
Case Name: SIMARD, STEVEN J
Trustee Name: MEGAN G. HEEG

**Balance on hand:**   $   13,263.45

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   13,263.45

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,265.05 | 0.00 | 2,265.05 |
| Trustee, Expenses - MEGAN G. HEEG | 24.41 | 0.00 | 24.41 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 2,700.00 | 0.00 | 2,700.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 121.00 | 0.00 | 121.00 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 1,484.00 | 0.00 | 1,484.00 |

Total to be paid for chapter 7 administration expenses:   $   6,594.46
Remaining balance:   $   6,668.99

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   6,668.99

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,668.99

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,287.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 17,702.96 | 0.00 | 3,345.65 |
| 2 | Capital One Bank (USA), N.A. | 6,649.01 | 0.00 | 1,256.59 |
| 3 | Capital One Bank (USA), N.A. | 2,589.95 | 0.00 | 489.47 |
| 4 | Capital One, N.A. | 1,210.23 | 0.00 | 228.72 |
| 5 | GE Capital Retail Bank | 892.20 | 0.00 | 168.62 |
| 6 | GE Capital Retail Bank | 1,031.09 | 0.00 | 194.86 |
| 7 | GE Capital Retail Bank | 146.95 | 0.00 | 27.77 |
| 8 | GE Capital Retail Bank | 879.62 | 0.00 | 166.24 |
| 9 | PYOD, LLC its successors and assigns as assignee | 2,471.71 | 0.00 | 467.12 |
| 10 | PYOD, LLC its successors and assigns as assignee | 694.27 | 0.00 | 131.21 |
| 11 | Portfolio Recovery Associates, LLC | 1,019.85 | 0.00 | 192.74 |

Total to be paid for timely general unsecured claims: $ 6,668.99
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**