UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: SIMARD, STEVEN J § Case No. 13-83842
   SIMARD, BERNADETTE A §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  U.S. Bankruptcy Court
  Stanley J. Rozkowski U.S. Courthouse
  327 S. Church Street
  Rockford, IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 10/14/2015 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 08/14/2015      By: /s/MEGAN G. HEEG
                                        Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: SIMARD, STEVEN J  § Case No. 13-83842
SIMARD, BERNADETTE A  §
§
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $   15,150.45

*and approved disbursements of*             $    1,887.00

*leaving a balance on hand of* [1]           $   13,263.45

**Balance on hand:**                         $   13,263.45

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $    0.00
Remaining balance:                       $   13,263.45

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,265.05 | 0.00 | 2,265.05 |
| Trustee, Expenses - MEGAN G. HEEG | 24.41 | 0.00 | 24.41 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 2,700.00 | 0.00 | 2,700.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 121.00 | 0.00 | 121.00 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 1,484.00 | 0.00 | 1,484.00 |

Total to be paid for chapter 7 administration expenses:  $    6,594.46
Remaining balance:                                        $    6,668.99

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses:    $      0.00
    Remaining balance:    $      6,668.99

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims:    $      0.00
    Remaining balance:    $      6,668.99

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,287.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 17,702.96 | 0.00 | 3,345.65 |
| 2 | Capital One Bank (USA), N.A. | 6,649.01 | 0.00 | 1,256.59 |
| 3 | Capital One Bank (USA), N.A. | 2,589.95 | 0.00 | 489.47 |
| 4 | Capital One, N.A. | 1,210.23 | 0.00 | 228.72 |
| 5 | GE Capital Retail Bank | 892.20 | 0.00 | 168.62 |
| 6 | GE Capital Retail Bank | 1,031.09 | 0.00 | 194.86 |
| 7 | GE Capital Retail Bank | 146.95 | 0.00 | 27.77 |
| 8 | GE Capital Retail Bank | 879.62 | 0.00 | 166.24 |
| 9 | PYOD, LLC its successors and assigns as assignee | 2,471.71 | 0.00 | 467.12 |
| 10 | PYOD, LLC its successors and assigns as | 694.27 | 0.00 | 131.21 |

UST Form 101-7-NFR (10/1/2010)

| 11 | Portfolio Recovery Associates, LLC | 1,019.85 | 0.00 | 192.74 |
|---|---|---|---|---|

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 6,668.99 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/MEGAN G. HEEG
　　　　　　　　　　　　　　　Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                United States Bankruptcy Court
                                 Northern District of Illinois

In re:                                                               Case No. 13-83842-TML
Steven J Simard                                                      Chapter 7
Bernadette A Simard
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-3           User: lorsmith              Page 1 of 2                   Date Rcvd: Sep 11, 2015
                               Form ID: pdf006             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2015.
db/jdb         +Steven J Simard,    Bernadette A Simard,    748 Ellis Court,    Rockton, IL 61072-2164
21217179       +Alpine Bank of Rockford,    Attn: Karen Steiner,    1700 North Alpine Road,
                 Rockford, IL 61107-1459
21217181        Best Buy,   Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
21217182        Capital One,   P.O. Box 30285,    Salt Lake City, UT 84130-0285
21530209        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
21772949        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
21217183        Cardmember Service/Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
21217184        Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
21217190        Menard's,   c/o Retail Services,    P.O. Box 5893,    Carol Stream, IL 60197-5893
21217191        Orchard Bank,    P.O. Box 80084,    Salinas, CA 93912-0084
21866896      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                 successor to CAPITAL ONE, NATIONAL,    ASSOCIATION,   PO Box 41067,    Norfolk, VA 23541)
21217192        The Children's Place,    P.O. Box 6403,    Sioux Falls, SD 57117-6403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21217185        E-mail/PDF: mrdiscen@discover.com Sep 12 2015 01:40:37      Discover Card,   P.O. Box 30943,
                 Salt Lake City, UT 84130
21476623        E-mail/PDF: mrdiscen@discover.com Sep 12 2015 01:40:37      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
21776875        E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2015 01:39:49     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
21217187       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2015 01:40:35     GE Capital Retail Bank/Toys R Us,
                 Attn: Bankruptcy Dept.,   P.O. Box 103104,    Roswell, GA 30076-9104
21217186        E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2015 01:40:13     Gap,   P.O. Box 530942,
                 Atlanta, GA 30353-0942
21217188       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2015 01:40:35     JC Penney,
                 Attn: Bankruptcy Dept.,   P.O. Box 103104,    Roswell, GA 30076-9104
21217189        E-mail/Text: bnckohlsnotices@becket-lee.com Sep 12 2015 01:43:11     Kohl's,   P.O. Box 3043,
                 Milwaukee, WI 53201-3043
21866896        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2015 01:40:37
                 Portfolio Recovery Associates, LLC,    successor to CAPITAL ONE, NATIONAL,   ASSOCIATION,
                 PO Box 41067,   Norfolk, VA 23541
21838054       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2015 01:40:38
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21217180       ##Bank of America,    P.O. Box 15026,   Wilmington, DE 19850-5026
21217193       ##The Home Depot,    P.O. Box 653000,   Dallas, TX 75265-3000
                                                                                              TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2015                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-3          User: lorsmith              Page 2 of 2              Date Rcvd: Sep 11, 2015
                              Form ID: pdf006             Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2015 at the address(es) listed below:
              Heather M Giannino    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bankruptcy@hsbattys.com,   bankruptcy@hsbattys.com
              Jeffry A. Dahlberg     on behalf of Joint Debtor Bernadette A Simard ljekberg@balsleylawoffice.com,
               LisaH@balsleylawoffice.com;chp13@balsleylawoffice.com
              Jeffry A. Dahlberg     on behalf of Debtor Steven J Simard ljekberg@balsleylawoffice.com,
               LisaH@balsleylawoffice.com;chp13@balsleylawoffice.com
              Megan G Heeg    on behalf of Accountant Carl C. Swanson heeg@egblc.com,    IL55@ecfcbis.com
              Megan G Heeg    heeg@egblc.com,   IL55@ecfcbis.com
              Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com,    IL55@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Rocio   Herrera    on behalf of Creditor    Alpine Bank & Trust Co. rocio@johnsonblumberg.com,
               bkecfnotices@johnsonblumberg.com
                                                                                             TOTAL: 8
```

Case 13-83842   Doc 53   Filed 09/11/15   Entered 09/13/15 23:32:16   Desc Imaged
Certificate of Notice   Page 8 of 8