**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re:  SIMARD, STEVEN J                                §   Case No. 13-83842
      SIMARD, BERNADETTE A                    §
                                              §
Debtor(s)                                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $191,717.00                    Assets Exempt: $40,792.70
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,668.99       Claims Discharged
                                                                               Without Payment: $56,561.49

Total Expenses of Administration: $8,481.46

---

    3) Total gross receipts of $ 15,150.45 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,150.45 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $147,968.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,481.46 | 8,481.46 | 8,481.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 54,439.84 | 35,287.84 | 35,287.84 | 6,668.99 |
| **TOTAL DISBURSEMENTS** | $202,407.84 | $43,769.30 | $43,769.30 | $15,150.45 |

4) This case was originally filed under Chapter 7 on November 13, 2013. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2015          By: /s/MEGAN G. HEEG
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest in 130 Shares of General Electric Stock | 1129-000 | 3,743.08 |
| Interest in 22 Shares of Walmart Stock | 1129-000 | 1,744.44 |
| Interest in 4.5 Shares of Coca Cola Stock | 1129-000 | 200.08 |
| Interest in 5 Shares of Walgreens Stock | 1129-000 | 411.41 |
| TAX REFUNDS | 1224-000 | 6,313.08 |
| Misc (unscheduled) | 1229-000 | 845.46 |
| Other Personal Property (unscheduled) | 1229-000 | 280.90 |
| Tax Refunds | 1224-000 | 1,612.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,150.45** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Home Finance | 4110-000 | 43,215.00 | N/A | N/A | 0.00 |
| NOTFILED | Alpine Bank of Rockford | 4110-000 | 104,753.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$147,968.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 2,265.05 | 2,265.05 | 2,265.05 |
| MEGAN G. HEEG | 2200-000 | N/A | 24.41 | 24.41 | 24.41 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 2,700.00 | 2,700.00 | 2,700.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 121.00 | 121.00 | 121.00 |
| Carl C. Swanson, CPA | 3410-000 | N/A | 1,484.00 | 1,484.00 | 1,484.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.48 | 10.48 | 10.48 |
| Rabobank, N.A. | 2600-000 | N/A | 12.24 | 12.24 | 12.24 |
| Rabobank, N.A. | 2600-000 | N/A | 10.73 | 10.73 | 10.73 |
| Computershare | 2810-000 | N/A | 1,048.06 | 1,048.06 | 1,048.06 |
| Computershare | 2500-000 | N/A | 10.00 | 10.00 | 10.00 |
| Walmart | 2500-000 | N/A | 26.70 | 26.70 | 26.70 |
| Walmart | 2810-000 | N/A | 507.76 | 507.76 | 507.76 |
| Rabobank, N.A. | 2600-000 | N/A | 12.66 | 12.66 | 12.66 |
| The Coca-Cola Company | 2810-000 | N/A | 56.02 | 56.02 | 56.02 |
| The Coca-Cola Company | 2500-000 | N/A | 15.57 | 15.57 | 15.57 |
| Rabobank, N.A. | 2600-000 | N/A | 17.51 | 17.51 | 17.51 |
| Rabobank, N.A. | 2600-000 | N/A | 15.24 | 15.24 | 15.24 |
| Rabobank, N.A. | 2600-000 | N/A | 19.61 | 19.61 | 19.61 |
| Rabobank, N.A. | 2600-000 | N/A | 17.29 | 17.29 | 17.29 |
| Rabobank, N.A. | 2600-000 | N/A | 16.11 | 16.11 | 16.11 |
| Rabobank, N.A. | 2600-000 | N/A | 18.39 | 18.39 | 18.39 |
| Rabobank, N.A. | 2600-000 | N/A | 17.21 | 17.21 | 17.21 |
| Rabobank, N.A. | 2600-000 | N/A | 17.07 | 17.07 | 17.07 |
| Rabobank, N.A. | 2600-000 | N/A | 18.35 | 18.35 | 18.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$8,481.46** | **$8,481.46** | **$8,481.46** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 16,770.53 | 17,702.96 | 17,702.96 | 3,345.65 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 6,305.51 | 6,649.01 | 6,649.01 | 1,256.59 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 2,589.95 | 2,589.95 | 489.47 |
| 4 | Capital One, N.A. | 7100-000 | N/A | 1,210.23 | 1,210.23 | 228.72 |
| 5 | GE Capital Retail Bank | 7100-000 | 871.68 | 892.20 | 892.20 | 168.62 |
| 6 | GE Capital Retail Bank | 7100-000 | 917.51 | 1,031.09 | 1,031.09 | 194.86 |
| 7 | GE Capital Retail Bank | 7100-000 | N/A | 146.95 | 146.95 | 27.77 |
| 8 | GE Capital Retail Bank | 7100-000 | 774.87 | 879.62 | 879.62 | 166.24 |
| 9 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 2,471.71 | 2,471.71 | 467.12 |
| 10 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 694.27 | 694.27 | 131.21 |
| 11 | Portfolio Recovery Associates, LLC | 7100-000 | 857.10 | 1,019.85 | 1,019.85 | 192.74 |
| NOTFILED | Bank of America | 7100-000 | 1,485.31 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy Retail Services | 7100-000 | 1,026.65 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 1,079.64 | N/A | N/A | 0.00 |
| NOTFILED | Cardmember Service/Chase | 7100-000 | 18,886.37 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | The Home Depot | 7100-000 | 2,342.40 | N/A | N/A | 0.00 |
| NOTFILED | The Children's Place | 7100-000 | 596.39 | N/A | N/A | 0.00 |
| NOTFILED | Orchard Bank | 7100-000 | 2,525.88 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$54,439.84** | **$35,287.84** | **$35,287.84** | **$6,668.99** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 13-83842 | **Trustee:** (330490) MEGAN G. HEEG | |
| **Case Name:** SIMARD, STEVEN J | **Filed (f) or Converted (c):** 11/13/13 (f) | |
| SIMARD, BERNADETTE A | **§341(a) Meeting Date:** 12/23/13 | |
| **Period Ending:** 12/11/15 | **Claims Bar Date:** 04/30/14 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located at: 748 Ellis Court, Rockton<br>Imported from original petition Doc# 1 | 130,000.00 | 0.00 | | 0.00 | FA |
| 2 | Real estate located at: 1341 Charles Street, Roc<br>Imported from original petition Doc# 1 | 38,000.00 | 0.00 | | 0.00 | FA |
| 3 | BMO Harris Bank/ checking | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Plaintes Credit Union/ savings | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing and personal items | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding Rings | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Interest in Vanguard IRA | 10,683.00 | 0.00 | | 0.00 | FA |
| 9 | Interest in Teacher Retirement System | Unknown | 0.00 | | 0.00 | FA |
| 10 | Interest in Blue Cross Blue Shield 401K Plan<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 11 | Interest in 130 Shares of General Electric Stock<br>Imported from original petition Doc# 1 - debtor<br>withdrew exemption in amended schedule C | 3,409.00 | 2,685.02 | | 3,743.08 | FA |
| 12 | Interest in 22 Shares of Walmart Stock<br>Imported from original petition Doc# 1 | 1,549.00 | 1,209.98 | | 1,744.44 | FA |
| 13 | Interest in 23 Shares of Intel Stock<br>Imported from original petition Doc# 1 - March 2014<br>Debtor says no longer own this stock. | 559.00 | 588.80 | | 0.00 | FA |
| 14 | Interest in 4.5 Shares of Coca Cola Stock<br>Imported from original petition Doc# 1 | 185.00 | 128.49 | | 200.08 | FA |
| 15 | Interest in 5 Shares of Walgreens Stock<br>Imported from original petition Doc# 1 | 237.00 | 409.91 | | 411.41 | FA |
| 16 | 2003 Dodge Durango (189,000 miles)<br>Imported from original petition Doc# 1 | 1,600.00 | 0.00 | | 0.00 | FA |
| 17 | 2004 Jeep Liberty (92,000 miles)<br>Imported from original petition Doc# 1 | 4,375.00 | 0.00 | | 0.00 | FA |
| 18 | TAX REFUNDS  (u)<br>2013 federal/state tax refunds | 0.00 | 5,704.16 | | 6,313.08 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-83842  
**Case Name:** SIMARD, STEVEN J  
SIMARD, BERNADETTE A  
**Period Ending:** 12/11/15

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 11/13/13 (f)  
**§341(a) Meeting Date:** 12/23/13  
**Claims Bar Date:** 04/30/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Misc (unscheduled) (u)<br>Debtor's investment account with Vanguard | 0.00 | 845.46 | | 845.46 | FA |
| 20 | STOCK AND BUSINESS INTERESTS (u)<br>Foot Locker Stock (less than 1 share) | 0.00 | 1.09 | | 0.00 | FA |
| 21 | STOCK AND BUSINESS INTERESTS (u)<br>Tim Hortons, Inc., stock | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Other Personal Property (unscheduled) (u)<br>ICash Per State of Illinois website | 0.00 | 1.00 | | 280.90 | FA |
| 23 | Tax Refunds (u) | 0.00 | 0.00 | | 1,612.00 | FA |
| 23 | **Assets** **Totals** (Excluding unknown values) | **$197,097.00** | **$11,573.91** | | **$15,150.45** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 31, 2014     **Current Projected Date Of Final Report (TFR):**     July 27, 2015 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-83842  
**Case Name:** SIMARD, STEVEN J  
SIMARD, BERNADETTE A  
**Taxpayer ID #:** **-***6394  
**Period Ending:** 12/11/15  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/24/14 | {18} | IRS | tax refund from tax intercept | 1224-000 | 6,922.00 | | 6,922.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,912.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,902.00 |
| 06/05/14 | {19} | Vanguard Windsor II Fund | vanguard investment liquidation of money market fund | 1229-000 | 85.19 | | 6,987.19 |
| 06/05/14 | {19} | Vanguard Windsor II Fund | vanguard investment liquidatation of Investor shares | 1229-000 | 760.27 | | 7,747.46 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.48 | 7,736.98 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.24 | 7,724.74 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.73 | 7,714.01 |
| 09/23/14 | | Computershare | sale of GE stock approx 143.44 shares | | 2,685.02 | | 10,399.03 |
| | {11} | | 3,743.08 | 1129-000 | | | 10,399.03 |
| | | | backup withholding    -1,048.06 | 2810-000 | | | 10,399.03 |
| | | | trading fees    -10.00 | 2500-000 | | | 10,399.03 |
| 09/26/14 | | Walmart | sale of Walmart stock  23.68 shares | | 1,278.98 | | 11,678.01 |
| | {12} | | 1,813.44 | 1129-000 | | | 11,678.01 |
| | | | trading fees    -26.70 | 2500-000 | | | 11,678.01 |
| | | | backup withholding    -507.76 | 2810-000 | | | 11,678.01 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.66 | 11,665.35 |
| 10/01/14 | | The Coca-Cola Company | sale of approx 42.18 shares of Coca-Cola stock | | 128.49 | | 11,793.84 |
| | {14} | | 200.08 | 1129-000 | | | 11,793.84 |
| | | | Backup Withholding fees    -56.02 | 2810-000 | | | 11,793.84 |
| | | | trading fees    -15.57 | 2500-000 | | | 11,793.84 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.51 | 11,776.33 |
| 11/26/14 | {22} | State of Illinois Treasurer | Icash State of Illinois unclaimed proerty program | 1229-000 | 280.90 | | 12,057.23 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.24 | 12,041.99 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.61 | 12,022.38 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.29 | 12,005.09 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.11 | 11,988.98 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.39 | 11,970.59 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.21 | 11,953.38 |
| 05/05/15 | | Walgreens Boots Alliance | Walgreens stock | | 411.41 | | 12,364.79 |
| | {15} | | Gross amount    426.91 | 1129-000 | | | 12,364.79 |
| | {15} | | service charge    -15.00 | 1129-000 | | | 12,364.79 |
| | {15} | | commission    -0.50 | 1129-000 | | | 12,364.79 |

Subtotals :    $12,552.26    $187.47

{} Asset reference(s)

Printed: 12/11/2015 08:41 AM    V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-83842  
**Case Name:** SIMARD, STEVEN J  
SIMARD, BERNADETTE A  
**Taxpayer ID #:** **-***6394  
**Period Ending:** 12/11/15  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/29/15 | 101 | Steven and Bernadette Simard | exempt portion of tax refunds and interest in Walmart Shares | | -677.92 | | 11,686.87 |
| | {18} | | | -608.92 | 1224-000 | | 11,686.87 |
| | {12} | | | -69.00 | 1129-000 | | 11,686.87 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.07 | 11,669.80 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.35 | 11,651.45 |
| 07/24/15 | {23} | US Treasury | 2014 tax refunds | 1224-000 | 1,612.00 | | 13,263.45 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.62 | 13,245.83 |
| 08/13/15 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -17.62 | 13,263.45 |
| 10/15/15 | 102 | Carl C. Swanson, CPA | Dividend paid 100.00% on $1,484.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,484.00 | 11,779.45 |
| 10/15/15 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $2,700.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,700.00 | 9,079.45 |
| 10/15/15 | 104 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $121.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 121.00 | 8,958.45 |
| 10/15/15 | 105 | Discover Bank | Dividend paid 18.89% on $17,702.96; Claim# 1; Filed: $17,702.96; Reference: | 7100-000 | | 3,345.65 | 5,612.80 |
| 10/15/15 | 106 | Capital One Bank (USA), N.A. | Dividend paid 18.89% on $6,649.01; Claim# 2; Filed: $6,649.01; Reference: | 7100-000 | | 1,256.59 | 4,356.21 |
| 10/15/15 | 107 | Capital One Bank (USA), N.A. | Dividend paid 18.89% on $2,589.95; Claim# 3; Filed: $2,589.95; Reference: | 7100-000 | | 489.47 | 3,866.74 |
| 10/15/15 | 108 | Capital One, N.A. | Dividend paid 18.89% on $1,210.23; Claim# 4; Filed: $1,210.23; Reference: | 7100-000 | | 228.72 | 3,638.02 |
| 10/15/15 | 109 | GE Capital Retail Bank | Dividend paid 18.89% on $892.20; Claim# 5; Filed: $892.20; Reference: | 7100-000 | | 168.62 | 3,469.40 |
| 10/15/15 | 110 | GE Capital Retail Bank | Dividend paid 18.89% on $1,031.09; Claim# 6; Filed: $1,031.09; Reference: | 7100-000 | | 194.86 | 3,274.54 |
| 10/15/15 | 111 | GE Capital Retail Bank | Dividend paid 18.89% on $146.95; Claim# 7; Filed: $146.95; Reference: | 7100-000 | | 27.77 | 3,246.77 |
| 10/15/15 | 112 | GE Capital Retail Bank | Dividend paid 18.89% on $879.62; Claim# 8; Filed: $879.62; Reference: | 7100-000 | | 166.24 | 3,080.53 |
| 10/15/15 | 113 | PYOD, LLC its successors and assigns as assignee | Dividend paid 18.89% on $2,471.71; Claim# 9; Filed: $2,471.71; Reference: | 7100-000 | | 467.12 | 2,613.41 |
| 10/15/15 | 114 | PYOD, LLC its successors and assigns as assignee | Dividend paid 18.89% on $694.27; Claim# 10; Filed: $694.27; Reference: | 7100-000 | | 131.21 | 2,482.20 |

Subtotals : $934.08    $10,816.67

{} Asset reference(s)    Printed: 12/11/2015 08:41 AM    V.13.25

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 13-83842  
**Case Name:** SIMARD, STEVEN J  
SIMARD, BERNADETTE A  
**Taxpayer ID #:** **-***6394  
**Period Ending:** 12/11/15

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/15/15 | 115 | Portfolio Recovery Associates, LLC | Dividend paid 18.89% on $1,019.85; Claim# 11; Filed: $1,019.85; Reference: | 7100-000 | | 192.74 | 2,289.46 |
| 10/15/15 | 116 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,289.46 | 0.00 |
| | | | Dividend paid 100.00%  2,265.05 on $2,265.05; Claim# ; Filed: $2,265.05 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%  24.41 on $24.41; Claim# ; Filed: $24.41 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,486.34 | 13,486.34 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 13,486.34 | 13,486.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,486.34** | **$13,486.34** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7566** | 13,486.34 | 13,486.34 | 0.00 |
| | $13,486.34 | $13,486.34 | $0.00 |

{} Asset reference(s)    Printed: 12/11/2015 08:41 AM    V.13.25